IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| PIONEER CHRISTIAN ACADEMY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-00610 |
| | ) | |
| THE CINCINNATI INSURANCE CO., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action hereby stipulate that Plaintiff's action against Cincinnati Insurance Company is voluntarily DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys fees, court costs, and discretionary costs.

Respectfully submitted,

  s/ Jonathan A. Street
**JONATHAN A. STREET**
Registration No. 021712
Counsel for Plaintiffs

**HIGGINS, HIMMELBERG & PILPONIS, PLLC**
116 3rd Avenue, South
Nashville, TN 37201
(615) 353-0930

  s/ E. Jason Ferrell
**PARKS T. CHASTAIN**
Registration No. 13744
**E. JASON FERRELL**

Registration No. 24425
Attorneys for Defendant Cincinnati Insurance Company

**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN   37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

     I hereby certify that on this 6th day of February, 2015, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

     Jonathan A. Street, Esq.
     Higgins, Himmelberg & Pilponis, PLLC
     116 Third Avenue South
     Nashville, TN   37201


     _s/ E. Jason Ferrell_
     **E. JASON FERRELL**