UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| PIONEER CHRISTIAN ACADEMY | ) ) ) ) | |
| v. | ) ) | NO. 3:12-0610 JUDGE CAMPBELL |
| THE CINCINNATI INSURANCE CO. | ) ) ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/6/2015.

      KEITH THROCKMORTON, CLERK
      s/Elaine J. Hawkins, Deputy Clerk